■ In the Matter of Susan T., Appellant, v Beth M., Respondent. (Appeal No. 2.) [916 NYS2d 865]—Appeal from an order of
the Family Court, Ontario County (Craig J. Doran, J.), entered
May 5, 2009 in a proceeding pursuant to Family Court Act
article 6. The order denied the petition seeking custody of the
subject child.

It is hereby ordered that the order so appealed from is
unanimously affirmed without costs.

Same memorandum as in *Matter of Beth M. v Susan T.* (81
AD3d 1396 [2011]). Present—Centra, J.P., Fahey, Peradotto,
Sconiers and Gorski, JJ.